**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2390

GENERAL MOTORS LLC,

Plaintiff - Appellee,

v.

BILL KELLEY, INC., d/b/a Kelley Motors, Inc.,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. John Preston Bailey, Chief District Judge. (2:12-cv-00051-JPB)

Submitted: May 30, 2013                  Decided: June 13, 2013

Before TRAXLER, Chief Judge, and DUNCAN and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnnie Edward Brown, Steven Andrew Stonestreet, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Charleston, West Virginia, for Appellant. Jeffrey J. Jones, JONES DAY, Columbus, Ohio; Peter G. Zurbuch, BUSCH, ZURBUCH & THOMPSON, PLLC, Elkins, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bill Kelley, Inc. ("Kelley") appeals the district court's order granting summary judgment in favor of General Motors LLC ("GM"), in GM's suit seeking to enforce its settlement agreement between the parties. On appeal, Kelley alleges that the settlement was in violation of West Virginia statutory law. See West Virginia Code Ann. § 17A-6A-1 et seq. (LexisNexis 2009). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. General Motors LLC v. Bill Kelley, Inc., No. 2:12-cv-00051-JPB (N.D. W. Va. Oct. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED